### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LASHAWN POOLE, # 202764, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0332-KD-M |
| WAL-MART, et al., | : | |
| Defendants. | : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous.

**DONE** this 24th day of August, 2007.


 s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE